

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-15-00783-CR

EX Parte Tamara Joy **MCCRACKEN**,
Appellant

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14554
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

    The State's Motion for Extension of Time to file the Brief is GRANTED. Time is extended to June 30, 2016.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court